## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL RHYMES,          )      3:17-CV-0679-MMD-CLB
                             )
        Plaintiff,     )      **MINUTES OF THE COURT**
                             )
        vs.            )      January 10, 2020
                             )
JOHN KEAST, et al.,       )
                             )
        Defendants.   )
_____ )

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>        LISA MANN      </u> REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                  </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING              </u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's request for a scheduling order (ECF No. 12) is **DENIED** as premature.  A scheduling order will issue after an answer has been filed.

     The Office of the Attorney General did not accept service of process on behalf of **Romeo Aranas** who is no longer an employee of the Nevada Department of Corrections (ECF No. 19).  However, the Attorney General has filed the last known address of this defendant under seal (ECF No. 20).  If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

     The Clerk shall ISSUE a summons for the above-named defendant and send the same to the U.S. Marshal.  The Clerk shall also SEND a copy of the first amended complaint (ECF No. 7), the screening order (ECF No. 9), and this order to the U.S. Marshal for service on the defendant.  The Clerk shall SEND to plaintiff one USM-285 form. Plaintiff shall have until **Friday, January 24, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

     If plaintiff fails to follow this order, the above-named defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

     **IT IS SO ORDERED.**

                                  DEBRA K. KEMPI, CLERK

                  By:_____/s/_____
                          Deputy Clerk