AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Gaylene Fukagawa, John Keast,*
*Melissa Mitchell, Candis Rambur and Theresa Wickham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RHYMES,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN KEAST, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00679-MMD-CLB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

    Plaintiff Michael Rhymes in proper person, and Defendants, Romeo Aranas, Gaylene Fukagawa, John Keast, Melissa Mitchell, Candis Rambur and Theresa Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate to request the Court continue the trial which is currently set to commence August 9, 2021 at 9:00 a.m.

    The reason for the request for continuance is that the Plaintiff is currently in the process of looking for an attorney to assist him in this case. Additionally, Counsel for the Defendant is involved in other jury trials, both before and after the scheduled time for this matter that will make it difficult to proceed. This request and stipulation is made for legitimate purposes and not for the purpose of delay. Additionally, this is the first such request. Therefore, the parties request that this Court continue the matter to a time convenient to the Court's calendar.

///

///

///

1

* * *

| | |
|---|---|
| DATED this 3RD day of JULY, 2021 | DATED this 8TH day of July, 2021 |
| | AARON D. FORD<br>Attorney General |
| By: _____<br>MICHAEL RHYMES<br>*Plaintiff Pro Se* | By: _____<br>DOUGLAS R. RANDS, Bar No. 3572<br>Senior Deputy Attorney General |
| | *Attorneys for Defendants* |

Jury trial continued to January 3, 2022 at 9:00 AM. Telephonic calendar call is set for December 27, 2021 at 1:00 PM.

IT IS SO ORDERED.

_____
**UNITED STATES JUDGE**

DATED: July 8, 2021