Meng Zhong, Esq.
Nevada Bar No. 12145
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Tele:  702-949-8200
Email: mzhong@lewisroca.com

*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RHYMES,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN KEAST, et al.,<br><br>    Defendants. | Case No.   3:17-cv-00679-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF MICHAEL RHYMES' REQUEST FOR NOTICE OF DISASSOCIATION OF CHELSEE C. JENSEN** |

Plaintiff Michael Rhymes provides notice that Chelsee C. Jensen is no longer associated with Lewis Roca Rothgerber LLP, and should be moved from the Electronic Case Filing records in this case. Meng Zhong, Esq. and Lewis Roca Rothgerber LLP continues to represent Michael Rhymes in this case.

Dated this 6th day of October, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:   /s/ Meng Zhong
Meng Zhong, Esq.
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
E-mail: mzhong@lewisroca.com

*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

119096039.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of October, 2022, and pursuant to Fed R. Civ. Pro. 5, I caused to be served a copy of the foregoing PLAINTIFF MICHAEL RHYMES' NOTICE OF DISASSOCIATION OF CHELSEE C. JENSEN, by U.S. District Court CM/ECF Electronic Filing to:

Aaron D. Ford, Attorney General
Douglas R. Rands, Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tele: 775-684-1150
E-mail: drands@ag.nv.gov
*Attorneys for Defendants Romeo Aranas,
Gaylene Fukagawa, John Keast, Melissa Mitchell,
Candis Rambur and Theresa Wickham*

/s/ *Rebecca J. Contla*
An employee of Lewis Roca Rothgerber Christie LLP

**ORDER**

**IT IS SO ORDERED.**

**DATED**: October 7, 2022

UNITED STATES MAGISTRATE JUDGE

- 2 -