UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL RHYMES,<br><br>                Plaintiff,<br>v.<br>JOHN KEAST, *et al.*,<br><br>                Defendants. | Case No. 3:17-cv-00679-MMD-CLB<br><br>**VERDICT FORM** |

We the jury in the above-entitled matter hereby find as follows:

**PART I: LIABILITY**

**QUESTION NO. 1:** Did Plaintiff establish by a preponderance of the evidence that one or more Defendants violated his Eighth Amendment right to be free from cruel and unusual punishment by failing to provide him with his Timolol prescription medication in a timely manner?

    Yes  ✓                                      No _____

**QUESTION NO. 2:** If you answered yes to question one, which Defendant(s) violated Plaintiff's Eighth Amendment rights?

| | |
|---|---|
| ROMEO ARANAS | _____ |
| JOHN KEAST | ✓ |
| THERESA WICKHAM | _____ |
| CANDIS RAMBUR | ✓ |

*If you answered "No" to Question No. 1, your deliberations are complete; do not answer any further questions. Sign and return the verdict form to the bailiff. If you answered yes to question one, please proceed to Part II.*

1 of 3

## PART II: DAMAGES

**QUESTION NO. 3:** We find by a preponderance of the evidence that because of Defendant or Defendants' violation of Plaintiff's Eighth Amendment rights, Plaintiff is entitled to nominal damages.

Yes _____     No __✓__

*If you found liability in Part I, above, you must at least award nominal damages, which are set at and may not exceed $1.00.*

**QUESTION NO. 4:** We find by a preponderance of the evidence that because of Defendants' violation of Plaintiff's Eighth Amendment rights, Plaintiff is entitled to an award of compensatory damages in the amount of:

| | |
|---|---|
| ROMEO ARANAS | $ _____ |
| JOHN KEAST | $ 30,000 |
| THERESA WICKHAM | $ _____ |
| CANDIS RAMBUR | $ 45,000 |

*Please only enter an amount if you find Plaintiff is entitled to damages against that particular Defendant. You are not required to award compensatory damages.*

**QUESTION NO. 5:** We find by a preponderance of the evidence that Plaintiff is also entitled to punitive damages.

Yes __✓__     No _____

*If you answered "No" to Question No. 5, your deliberations are complete; do not answer Question No. 6. Sign and return the verdict form to the bailiff. If you answered "Yes" to Question No. 5, please proceed to and complete Question No. 6.*

///

///

///

///

**QUESTION NO. 6:** We find by a preponderance of the evidence that Plaintiff is entitled to punitive damages in the amount of:

| | |
|---|---|
| ROMEO ARANAS | $ _____ |
| JOHN KEAST | $ 60,000 |
| THERESA WICKHAM | $ _____ |
| CANDIS RAMBUR | $ 25,000 |

*Please only enter an amount if you find Plaintiff is entitled to punitive damages against that particular Defendant. You are not required to award punitive damages.*

DATED THIS 26 Day of January 2023.

/s/
_____
JURY FOREPERSON