AARON D. FORD
  Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1150 (phone)
(702) 486-3773 (fax)
Email: drands@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, John Keast,*
*Candis Rambur, Theresa Wickham*
*and formerly dismissed Defendants*
*Gaylene Fukagawa and Melissa Mitchell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RHYMES,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN KEAST, *et al.*,<br><br>        Defendants. | Case No. 3:17-cv-00679-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Michael Rhymes, by and through counsel, Meng Zhong, Esq. of Lewis Roca Rothgerber Christie LLP, and Defendants in this case, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice.  Any outstanding deadlines are considered moot.

DATED this 3rd day of July, 2023.

DATED this 3rd day of July, 2023

AARON D. FORD
Attorney General

By: /s/ Meng Zhong
MENG ZHONG (Bar No. 12145)

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS (Bar No. 3572)
*Senior Deputy Attorney General*

*Attorneys for Plaintiff*
*Michael Rhymes in Conjunction*
*with Legal Aid Center of Southern*
*Nevada Federal Pro Bono Program*

*Attorneys for Defendants Romeo*
*Romeo Aranas, John Keast, Candis*
*Rambur and Theresa Wickham, as well*
*as formerly dismissed Defendants*
*Gaylene Fukagawa and Melissa*
*Mitchell*

## ORDER

**IT IS SO ORDERED.**  This matter is DISMISSED WITH PREJUDICE as the Clerk is directed to close the case.

DATED: July 3 _____, 2023

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 3rd day of July, 2023, I caused to be served a copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Meng Zhong, Esq.
Lewis Roca
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

*/s/ Roberta W. Bibee*
An employee of the
Office of the Attorney General